IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-146-GCM

| | |
|---|---|
| JONATHAN HARRIS; and <br> JERAMIE BARIDEAUX, <br>         Plaintiffs, <br> v. <br> CITY OF CHARLOTTE, *et al*, <br>         Defendants. | PRETRIAL ORDER AND <br> CASE MANAGEMENT PLAN |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. IT IS ORDERED that the following scheduling deadlines are hereby re-set.

1) The discovery deadline is set for **January 31, 2017.**

2) The dispositive motion deadline is set for **February 28, 2017.**

3) The trial is set for **June 12, 2017.**

IT IS SO ORDERED.

Signed: November 30, 2016

Graham C. Mullen
United States District Judge