# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:16-CV-00146-GCM

| | |
|---|---|
| JERAMIE BARIDEAUX<br>JONATHAN HARRIS, <br><br>**Plaintiff,**<br><br>v.<br><br>JOHN C. GORROD<br>CITY OF CHARLOTTE<br>MICHAEL R. BODENSTEIN<br>RODNEY MONROE<br>MICHAEL C. WALLIN,<br><br>**Defendant.** | **ORDER** |

**THIS MATTER** is before the Court on its own motion. On November 30, 2016 the Court entered an order extending the discovery deadline to January 1, 2017. (Doc. No. 17). The Court advised the parties that any discovery disputes should be raised informally, by means of correspondence with chambers rather than by motion. Plaintiff has requested discovery for any and all medical records from 10 years preceding the April 14, 2015 encounter through the present, and Plaintiff claims an inability to produce these records. The Court has considered all of the issues raised by the parties.

Of the providers identified in discovery, the Defendants are still missing records from Rochester Regional/Park Ridge Hospital and Genesee Hospital/Dr. Angle Mangle for Plaintiff Jonathan Harris. For Plaintiff Jeramie Barideaux records from the following providers are missing: Dr. Shannon Pitts, Rochester, NY; Cathy Simpson of Catholic Family Charities, Rochester NY; CMC-Pineville; CMC-Billingsley/CMC-Randolph; Center for Emotional Health, Matthews, NC;

Glenda Vinson-Nnaji; an unidentified drug rehab center in 2007/2008; Crestwood, Asheville, NC; St. Mary's Hospital; and Mercy Horizons.

**IT IS ORDERED** that the Plaintiff provide records from all of the above providers identified in discovery or an explanation for why such records cannot be produced by December 30, 2016.

**SO ORDERED.**

Signed: December 8, 2016

Graham C. Mullen
United States District Judge