# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:16-CV-00146-GCM

| | |
|---|---|
| JERAMIE BARIDEAUX </br> JONATHAN HARRIS, </br> </br> **Plaintiff,** </br> </br> v. </br> </br> JOHN C. GORROD </br> CITY OF CHARLOTTE </br> MICHAEL R. BODENSTEIN </br> RODNEY MONROE </br> MICHAEL C. WALLIN, </br> </br> **Defendant.** | **ORDER** |

**THIS MATTER** is before the Court on its own motion. A show cause hearing was held April 12, 2017 at 2:00pm. This Order is confirming the order issued at that hearing in open court.

This case is **STAYED** for thirty (30) days. The Plaintiffs must produce all medical records identified by the Defense at the show cause hearing. In thirty days the Plaintiffs must file a status report with the Court confirming Plaintiff provided all of the identified medical records.

**SO ORDERED.**

Signed: April 12, 2017

Graham C. Mullen
United States District Judge